**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No. 4:06cr160 SNL (AGF) |
| | ) | |
| **GARY L. GRAY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

This is before the Court on Defendant Gary L. Gray's pretrial motion to suppress physical evidence. United States Magistrate Judge Audrey G. Fleissig issued a Report and Recommendation on May 30, 2006, and Gray filed his objection to said report on July 3, 2006. Upon review, the Court finds Judge Fleissig's recommendations to be correct.

Accordingly,

**IT IS HEREBY ORDERED** that United States Magistrate Judge Audrey G. Fleissig's Report and Recommendation (#45) is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Physical Evidence (#25) be **DENIED**.

Dated this 7th day of July, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE